

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ABDUL NASIR MORO,

Petitioner,

v.

JEREMY CASEY, Warden,

Respondent.

Case No.:  26cv3741-LL-AHG

**ORDER CONDITIONALLY APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE**

Petitioner Abdul Nair Moro, proceeding pro se, is a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement. On June 25, 2026, he filed a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. ECF No. 1 ("Pet."). The same day, he also filed a Motion for Appointment of Counsel. ECF No. 2.

Petitioner is a noncitizen who claims that he has been detained since March 2026 and is currently detained at Imperial Regional Detention Facility. Pet. at 2. He alleges that his detention violates the Fifth Amendment's Due Process Clause because he was arrested without notice and an opportunity to contest his detention. *Id.* at 4. Petitioner also alleges that there is no significant likelihood of his removal in the foreseeable future. *Id.*at 5. He seeks a writ of habeas corpus directing Respondent to release him or provide a bond hearing. *Id.* at 8.

1

The Court finds that representation will serve the interests of justice in this § 2241 petition, given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **GRANTS** Petitioner's Motion for Appointment of Counsel by **CONDITIONALLY APPOINTING** Federal Defenders of San Diego, Inc. as counsel effectively immediately. However, if Federal Defenders of San Diego, Inc. determines that Petitioner is not financially eligible to be appointed counsel or that it does not have the resources to represent Petitioner, Federal Defenders of San Diego, Inc. shall notify Petitioner and file notice with the Court on or before **July 10, 2026**. If that occurs, Petitioner shall continue unrepresented.

Additionally, the Court finds it necessary to order a limited stay pursuant to the All Writs Act, 28 U.S.C. § 1651, to preserve the status quo until the Court can provide a reasoned decision, in order to avoid any potential jurisdictional problems if Petitioner is removed from this district.[1] *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 & n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo." (collecting cases)).

Accordingly, the Court **ORDERS** the following:

1.      On or before **July 15, 2026**, Petitioner may file an amended petition. An amended petition will supersede and replace the original petition, so the amended petition must be complete in and of itself without reference to the original petition.

2.      Respondent is **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written Return on or before **July 22, 2026**. The Return shall include any documents relevant to the determination of the issues raised in the Petition and shall

---

[1] Under the All Writs Act, "all courts established by an Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a).

26cv3741-LL-AHG

address whether an evidentiary hearing on the Petition is needed. Respondent shall serve a copy of his Return upon Petitioner concurrently with the filing.

3. Petitioner may reply to the Return by filing a Traverse on or before **July 29, 2026**.

4. After briefing is complete, the Court will take the matter under submission and without oral argument pursuant to Local Civil Rule 7.1(d)(1), unless the parties are notified otherwise.

5. Respondent, his agents, employees, successors, attorneys, and all persons acting in active concert or participation with him are hereby **ENJOINED** from removing Petitioner from the United States or this district pending further order of the Court, to maintain the status quo to allow the Court to provide a reasoned decision.

6. The Clerk of Court shall transmit a copy of this Order and the Petition [ECF No. 1] to the U.S. Attorney's Office for the Southern District of California.

**IT IS SO ORDERED.**

Dated:  July 1, 2026

Honorable Linda Lopez
United States District Judge

3

26cv3741-LL-AHG